KROLL HEINEMAN CARTON
Attorneys-at-Law
A New Jersey Limited Liability Company
www.krollfirm.com

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. ◗
Michael T. Carton ■
Bradley M. Parsons
Seth Ptasiewicz ◗
Jennifer Chang ▲
Seth B. Kennedy ▲

BAR ADMISSIONS
† NJ & PA Bar
▲NJ & NY Bar
* NJ PA & DC Bar
■NJ, NY & DC Bar
◗NJ, NY & PA Bar

December 13, 2019

**VIA ELECTRONIC FILING**
Mr. William T. Walsh, Clerk
United States District Court
Clarkson S. Fisher Building and United States Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof v. Hudson Valley Environmental, Inc.**
**Civil Action No.: 19-**

Dear Mr. Walsh:

This Firm represents Plaintiffs New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof in connection with the above-referenced matter. Enclosed for filing please find the following documents:

(1) Complaint;
(2) Civil Cover Sheet;
(3) Disclosure Statement.

Thank you for your attention to this matter.

Very truly yours,

*S/ SETH PTASIEWICZ*

SETH PTASIEWICZ

SP:sm
Enclosures

cc: Mary Castrovinci (via first class mail with enclosures)
Seth Kennedy, Esq. (with enclosures)