1

Seth Ptasiewicz, Esq. (SP-8875)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE PENSION FUND AND TRUSTEES THEREOF, | : <br> : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | Civil Action No. 19-21360 (BRM) |
| v. | : <br> : | CIVIL ACTION |
| HUDSON VALLEY ENVIRONMENTAL, INC., | : <br> : | **ORDER ON MOTION FOR FINAL JUDGMENT BY DEFAULT** |
| Defendant. | : <br> : <br> : <br> : | |

**THIS MATTER HAVING BEEN** opened to the Court by the application of Plaintiffs New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof ("the Pension Fund"), for an Order pursuant to Federal Rule of Civil Procedure 55(b)(2) for Final Judgment by Default as against Defendant Hudson Valley Environmental Inc.; and the Court having considered the parties' submissions and the argument of counsel for the Pension Fund on July 15, 2020,  and the Defendant having been served with the Motion for Final Judgment by Default and not having otherwise responded or appeared; and good cause having been shown:

2

IT IS ORDERED ON THIS <u>15th</u> DAY OF  JULY, 2020 AS FOLLOWS:

1.      Final Judgment by Default in favor of Plaintiffs New Jersey Building Laborers Statewide

Pension Fund and Trustees Thereof, and against defaulting Defendant Hudson Valley

Environmental Inc., pursuant to Federal Rule of Civil Procedure 55(b)(2) is hereby entered;

2.      Judgment in favor of Plaintiffs New Jersey Building Laborers Statewide Pension Fund and

Trustees Thereof, and against defaulting Defendant Hudson Valley Environmental Inc.  pursuant

to Federal Rule of Civil Procedure 55(b)(2) in the amount of $88,200.32 is hereby entered; and

3.      A copy of this Order shall be served on Defendant Hudson Valley Environmental Inc. by

Plaintiffs within seven (7) days of the entry of this Order.

_____

HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.